JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY QUAID and EVIGENIA QUAID,<br><br>          Plaintiffs,<br><br>    v.<br><br>R. SCOTT TURICCHI, et al.,<br><br>          Defendants. | CV 21-8127 PA (AFMx)<br><br>JUDGMENT |

Pursuant to the Court's December 14, 2021 Minute Order dismissing this action for lack of subject matter jurisdiction, lack of prosecution, and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 14, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE